# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil File No. 03-84-739 |
| Plaintiff, | |
| and | |
| The State of Minnesota, | |
| Plaintiff in Intervention, | |
| vs. | **ORDER** |
| Speed-O-LAQ Chemicals Corporation, et al. | |
| Defendants. | |

The above-entitled matter came before the undersigned Judge of the United States District Court pursuant to a Motion to Dismiss With Prejudice (Doc. No. 195) in the above-captioned matter.

This Motion is brought jointly by the State of Minnesota and the Settling Defendants;

The Motion was made and considered upon written submission without hearing;

The Court, having reviewed the evidence, files and records herein, hereby orders:

That the above-captioned matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

BY THE COURT:

Dated: June 13, 2007

 s/Paul A. Magnuson
HONORABLE PAUL A. MAGNUSON
Judge of U.S. District Court